**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**

-------------------------------------------------------------X

GLOBAL SMART COMTRADE PTE LTD.

Petitioner,

-against-

25 **CIVIL** 8251 (GBD)

# JUDGMENT

CLIPPER BULK SHIPPING LTD.,

Respondent.

-------------------------------------------------------------X

It is hereby **ORDERED, ADJUDGED AND DECREED:** That for the reasons stated in the Court's Memorandum Decision & Order dated August 8, 2026, Petitioner's motion to remand this action to the Supreme Court of New York, New York County is DENIED. Petitioner's application to vacate the Interim Award is DISMISSED as premature; accordingly, the case is closed.

**Dated:** New York, New York

August 13, 2026

**TAMMI M. HELLWIG**

**Clerk of Court**

**BY:** [signature]

**Deputy Clerk**